# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON MASCARELLA

NO. 2019 KW 1539

FEB 1 0 2020

In Re: Jason Mascarella, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 453-12.

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** This court is limited to review of the lower court rulings or the failure of the lower court to act on a properly filed motion or petition. The records of the Iberville Parish Clerk's Office reflect that on October 10, 2019, the district court held a hearing on relator's motion to reconsider sentence, and relator's attorney withdrew the motion. The record further reflects that relator was present during the hearing. Therefore, relator has not pointed to any specific ruling of the district court for this court to consider.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT